UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DISMISSAL ORDER |
| | ) | |
| v. | ) | CR 408-345 |
| | ) | |
| **JAMES R. RILEY** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this 14th day of September, 2009.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA